**No. 69748.**—J. C. De Jong & Co., Inc. *v.* United States, protests 58/17489, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the items marked "A" or "B" consist of brass pole ends or brass pole rings, respectively, similar in all material respects to those the

subject of *J. C. De Jong & Co., Inc.* v. *United States* (52 CCPA 26, C.A.D. 852), or *Kroder Reubel Co., Inc., et al* v. *United States* (44 Cust. Ct. 274, C.D. 2186), the claim of the plaintiff was sustained.